1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12   EDIBERTO CABRERA,                    )      No. C 11-2676 JSW (PR)
                                          )
13              Plaintiff,                )      **ORDER GRANTING IN PART**
                                          )      **MOTION FOR ADDITIONAL**
14         v.                             )      **PHONE CALLS AND FOR**
                                          )      **INVESTIGATOR**
15   OFFICER DEE, et al.,                 )
                                          )
16              Defendants.               )      (Docket No. 22)
     _____ )

17

18          Plaintiff, an inmate at the Santa Clara County Jail proceeding pro se, filed this

19   rights action pursuant to 42 U.S.C. § 1983.  Defendants have filed a motion for summary

20   judgment.  Plaintiff's opposition was due on June 14, 2012.  Plaintiff has filed a motion

21   for the assistance of an investigator and to be allowed additional phone calls.  Plaintiff

22   indicates that he is currently in solitary confinement where he is allowed one phone call

23   per week, and that due to shackling he is unable to write while he is on the phone.  He

24   requests that jail officials allow him ten phone calls.  There is no constitutional right to

25   an investigator in a civil case, nor is the Court aware of any other authority requiring

26   such appointment.  Consequently, no investigator will be appointed.  However, Plaintiff

27   has shown cause for additional phone calls in order to have a fair opportunity to prepare

28   an opposition to Defendants' motion.  Defendants shall allow him to make up to three

1   phone calls per week over the four weeks following the date this order is filed.

2   Plaintiff's motion (docket number 22) is GRANTED IN PART AND DENIED IN

3   PART.

4        The deadline for Plaintiff to file an opposition to Defendants' motion for summary

5   judgment is extended to and including **August 25, 2012**.  Defendants **shall** file a reply

6   brief within **14 days** of the date any opposition is filed.

7        IT IS SO ORDERED.

8   DATED:  July 9, 2012

9   _____

10  JEFFREY S. WHITE
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    UNITED STATES DISTRICT COURT

2    FOR THE

3    NORTHERN DISTRICT OF CALIFORNIA

4

5

6    EDEBERTO CABRERA,                          Case Number: CV11-02676 JSW

             Plaintiff,
7                                               **CERTIFICATE OF SERVICE**

8      v.

9    OFFICER DEE et al,

             Defendant.
10    _____/

11

12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

13   That on July 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
14   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
     receptacle located in the Clerk's office.

15

16
     Ediberto Cabrera
17   885 N. San Pedro Street
     DTY 532 07048290
18   San Jose, CA 95110

19
     Dated: July 9, 2012
20                                              Richard W. Wieking, Clerk
                                                By: Jennifer Ottolini, Deputy Clerk
21

22

23

24

25

26

27

28